3856826-03   *Serve*



RECEIVED
FEB 07 2020

RECEIVED
JAN 27 2020
BELLEVUE COURTHOUSE
KING COUNTY DISTRICT COURT

## KING COUNTY DISTRICT COURT
## STATE OF WASHINGTON
East Division, Issaquah Courthouse, 5415 220th Ave SE, Issaquah WA 98029

(1) Sean Li / Taylor , Plaintiff,
(2) _____ ,

SMALL CLAIMS DEPARTMENT
No. 203-02094

v.

(1) National Credit System, Inc
(2) Experian , Defendant.

**NOTICE OF SMALL CLAIM**

HEARING Date/Time: April 17, 2020 @ 1 pm
Location: Room 1S-1

(CLERK'S ACTION REQUIRED)

**Plaintiff Contact Information:**
(1) Address: 1296 Bellevue Way NE APT 1   Phone No.: 971-708-9761
City: Bellevue   State: WA   Zip: 98004   Email or Alt Phone: _____
(2) Address: _____   Phone No.: _____
City: _____   State: _____   Zip: _____   Email or Alt Phone: _____

**Defendant Contact Information:**
(1) Address: 3750 Naturally Fresh BLVD   Phone No.: 404-629-9595
City: Atlanta   State: GA   Zip: 30349   Email or Alt Phone: _____
(2) Address: 701 Experian Pkwy   Phone No.: 800-509-8495
City: Allen   State: TX   Zip: 75013   Email or Alt Phone: _____

**YOU ARE HEREBY NOTIFIED** that the above-named plaintiff has filed a claim against you amounting to $ 1000.00 ; the reasons for which are stated below.

Notice of Small Claim and Hearing Date - Page 1 of 2
KCDC January 2018

EXHIBIT 1
Page 1 of 8

YOU ARE HEREBY FURTHER NOTIFIED to appear at: King County District Court, 5415 - 220th Ave SE, Issaquah, WA, Courtroom 1S1, Washington, on 4/17/2020 [Date], at 1:00 a.m./p.m. for ☒ PRE-TRIAL ☐ TRIAL.

At the time of **PRE-TRIAL**, bring with you **2** copies of all papers, contracts and proof needed by you to establish or defend this claim. At the time of **TRIAL**, bring with you **2** copies of all proof needed by you to establish or defend this claim, and any witnesses who will testify on your behalf.

**YOU ARE FURTHER NOTIFIED** that if you fail to personally appear as directed, a Judgment may be entered against you for the amount claimed, plus plaintiff's costs of filing and service of the claim upon you.

Plaintiff must also appear if a Judgment is to be entered. If plaintiff fails to appear, the claim may be dismissed. If this claim is settled prior to the hearing date, the parties must notify the Court immediately, in writing.

_____
Clerk

## STATEMENT OF CLAIM

I, Sean Li / Taylor, the undersigned plaintiff, declare that the defendant named above owes me the sum of $ 1000.00, which became due and owing on 01/01/2020 [Date]. The amount owed is for:

☐ Faulty Workmanship  ☐ Merchandise  ☐ Auto Damages-Date of Accident _____
☐ Wages  ☐ Loan  ☐ Return of Deposit  ☐ Rent  ☐ Property Damage
☒ Other fraudulent activity and legal damages

Explain reason for claim: The first defendant fraudulently created a collection and then with fraudulent intent reported it to experian and continues to do so, the second defendant knowingly allowed the first defendant to self certify the fraud without doing their legally required validation thereof willfully engaging in the fraud, creating lawful damages

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Bellevue, [City] WA [State] on _____ [Date].

_____     Sean Li / Taylor
Signature                     Print or Type Name

Notice of Small Claim and Hearing Date - Page 2 of 2
KCDC January 2018

EXHIBIT 1
Page 2 of 8

IMPORTANT NOTICE
REGARDING ACTIVE DUTY MILITARY SERVICE AND
DEPENDENTS

State and federal law provide protections to defendants who are on active duty in the military service, and to their dependents. Dependents of a service member or the service member's spouse, the service member's minor child, or an individual for whom the service member provided more than one-half of the individual's support for one hundred eighty days immediately preceding an application for relief.

One protection provided is the protection against the entry of a default judgment in certain circumstances. This notice only pertains to a defendant who is a dependent of a member of the national guard or a military reserve component under a call to active service for a period of more than thirty consecutive days. Other defendants in military service also have protections against default judgments not covered by this notice. If you are active duty military or the dependent of a member of the national guard or a military reserve component under a call to active service for a period of more than thirty consecutive days, **you should notify the plaintiff or the plaintiff's attorneys in writing of your status as such within twenty days of the receipt of this notice**. If you fail to do so, then a court or an administrative tribunal may presume that you are not a dependent of an active duty member of the national guard or reserves, and proceed with the entry of an order of default and / or a default judgment without further proof of your status. Your response to the plaintiff or plaintiff's attorneys about your status does not constitute an appearance for jurisdictional purposes in any pending litigation nor a waiver of your rights.

EXHIBIT 1
Page 3 of 8

# Dispute Resolution
## CENTER of KING COUNTY

4649 Sunnyside Ave. N, Suite 520 ~ Seattle, WA 98103 ~ Website: www.kcdrc.org

Phone: 206-443-9603 ~ Fax: 206-443-9737

Dear Small Claim Court Parties:

A small claim action involving you has been filed in the King County District Court (KCDC).

> The Court strongly encourages parties to work to resolve their small claim case through mediation before the scheduled pretrial hearing or trial. **KCDC has arranged for the Dispute Resolution Center of King County (DRC) to provide mediation assistance to the parties at no additional cost to you.**

Since 1987, the DRC, a non-profit organization, has provided free or low-cost conflict resolution and mediation services to the community. **The DRC is not part of the District Court**.

### What is Mediation?

- **Mediation is a voluntary and confidential meeting** between you and the other party, with a professionally trained, neutral mediator.
- The mediator helps the parties work together to create mutually agreeable solutions without offering legal advice or an evaluation of the case.
- If agreements are made, the mediator will write up the agreement using the parties' own words and both parties will leave the mediation with the signed written agreement. The Court will be notified the parties have reached an agreement, and the parties will not have to attend the scheduled prehearing conference or trial.
- Choosing to mediate does not affect your right to a trial. If you are unable to reach an agreement with the other party you still have the right to proceed to trial.
- If one of the parties does not follow the terms of the agreement, the agreement can be presented to the Court with a request that it be converted into an enforceable judgment.

### Why Should I Choose Mediation?

- Mediation enables the **parties to determine the outcome** of their conflict, rather than being forced to accept a judgment from the Court that may leave neither party satisfied.
- Unlike a public trial, **mediation is confidential** and does not become part of the court record.
- At trial, the judge is limited to granting or denying a money judgment. **Mediation is more flexible.**
- With a mediated agreement, a party may agree to complete a job, return an item of property, or pay money using a payment plan.

### How Do I Set Up a Mediation?

In order to resolve your dispute before your scheduled pretrial hearing or trial, **IMMEDIATELY** contact: **DISPUTE RESOLUTION CENTER OF KING COUNTY** at www.kcdrc.org or call 206-443-9603. The sooner you contact DRC, the more time DRC will have to work with the parties prior to your scheduled court date. While DRC usually has trained mediators available at the pretrial hearing to conduct mediations, the time available to conduct mediations is shorter.

We look forward to hearing from you and appreciate your interest in our services!

Dispute Resolution Information
November 2017

EXHIBIT 1
Page 4 of 8

Dispute **Resolution**
CENTER of KING COUNTY

# FREQUENTLY ASKED QUESTIONS ABOUT SMALL CLAIM MEDIATION

**Q: What happens at the District Court's pretrial hearing?**
A: Courts frequently find that many people who file a small claim case can solve the dispute through facilitated mediation. On the date of the pretrial hearing, if the both parties in the case are present, they will be assigned a trained mediator and required to participate in mediation. The mediator will assist the parties in having a conversation to see if the parties can come to an agreement that works for both sides. There is no additional fee for these mediation services because the case was filed in the District Court's small claims department.

If you are unable to reach an agreement through mediation, the case will be returned to courtroom for a pretrial hearing. After confirming the parties are ready for trial, the judge will schedule a trial on the Court's calendar. At trial, a judge will hear the evidence from the parties and make a decision.

If the other party is not present at the pretrial hearing, the judge will review the case to determine whether there was proper service. If service was proper the judge may hear evidence and enter a judgment against the person who did not appear, dismiss the case, or continue the case to another date.

**Q: How does mediation work?**
A: The mediation will take approximately an hour and will be held in a private room at the courthouse. A skilled and trained mediator will guide the parties through a process that gives the parties the chance to share information about the dispute, explain what is important to them, and suggest ways to resolve the dispute. Although many parties settle their dispute through mediation, settlement is voluntary and the parties are not required to reach an agreement.

If the parties do reach an agreement, the mediator will write down the details of the parties' agreement in the parties' own words. Both parties will sign the agreement and receive copies. The parties will ask the court to dismiss the case.

**Q: What happens if the parties do NOT reach an agreement through mediation at the pretrial conference?**
A: If the parties do not come to an agreement there are two options:
1. If the parties are working well together but just need more time to discuss an agreement, they can schedule a second mediation session at no additional cost to them, and the hearing date will be continued.
2. If the parties want the judge to decide the case, the court will schedule a trial date where a judge will hear the evidence from both sides and make a decision.

Dispute **Resolution**

**Q: What happens if the parties successfully reached an agreement but one party does not keep the agreement?**

A: If the parties come to an agreement through mediation, the mediator will write down the agreement which the parties sign. Copies of the agreement are given to the parties. The agreement is a legally-binding document. If a party does not meet its obligations under the agreement, the other party may request the Court to enforce the agreement.

**Q: What do the parties need to bring to the pretrial conference to engage in mediation?**

A: The court requires the parties bring the 2 (two) copies of any evidence supporting the party's claim or defense. For example: statements, receipts, invoices, photographs, electronic files. These documents will help the other party understand your position and concerns, and allow the parties to make informed decisions, knowing the evidence that will be presented at a trial.

**Q: Should the parties bring their witnesses to the pretrial hearing?**

A: Witnesses are part of a trial process, not part of the mediation process. However if the parties do not come to an agreement through mediation, the parties can bring their witness to the trial.

**Q: Can I bring a friend or family member with me to mediation?**

A: You are welcome to bring a support person with you to the prehearing conference and mediation. However, that person will not be allowed into the mediation room unless all the parties agree the support person may be present. If the parties do not agree, the support person will be required to wait outside the mediation room.

**Q: Can the Dispute Resolution Center help the parties settle their dispute before the pretrial conference date?**

A: Yes, and the DRC encourages parties to attempt to do that. The DRC offers both office in-person and telephone mediation services. There is no cost for these services. Office in-person mediations are scheduled at a time convenient to the parties and mediator, at the DRC office. If the parties are willing to try telephone mediation, a DRC mediator will talk with each party individually on the phone; helping each side understand the issues, brainstorm possible solutions, and relay offers to the other party. If the parties are able to agree on a resolution, the mediator will write up the terms of the agreement in the parties own words, for the parties to sign. Each party receives a copy of the signed agreement. The Court will be advised that the parties have settled the case, the parties will not have to appear at the pretrial conference, and the case will be dismissed. If a party does not follow the agreement, the other party has the option to bring the case back to court and ask the court to enter a judgment against the defaulting party. There is no additional filing fee.

DisputeResolution
CENTER of KING COUNTY

If you're interested in learning more about office or telephone mediation, please contact the DRC at www.kcdrc.org or 206-443-9603, extension 1.

Q: What if I settle my dispute without mediation before my assigned pretrial conference date?
A: Be sure to notify the Court in writing the parties have settled the case before any pretrial or trial date.

A: What if I need more information regarding small claims court?
A: King County District Court provides information about its small claims department on the Court's website: http://www.kingcounty.gov/courts/district-court/small-claims.aspx. While the clerks are very knowledgeable and helpful about the court's procedures, they are not allowed to provide any party with legal advice. The Court can be reached at: 206-205-9200 or email: KCDC@kingcounty.gov .

Q: Where can I obtain more information?
A: For more information about mediation, visit: www.kcdrc.org/
For self-help materials regarding small claims court, visit: washingtonlawhelp.org

3856826-03

**FROM:**
1296 Bellevue Way NE
APT 1
Bellevue WA 98004

RETURN RECEIPT REQUESTED

**TO:**
National Credit Systems, Inc
3750 Naturally Fresh Blvd
Atlanta GA 30349

RECEIVED FEB 07 2020 BY:

7019 2280 0002 1399 6645

CERTIFIED MAIL





EXHIBIT 1
Page 8 of 8