**The Honorable Marsha J. Pechman**

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| SEAN LI TAYLOR, | 2:20-CV-00366-MJP |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| NATIONAL CREDIT SYSTEMS, INC. and EXPERIAN INFORMATION SOLUTIONS, | |
| Defendants. | |

NOW COMES Defendant National Credit Systems, Inc. ("NCS"), and hereby notifies this Honorable Court as to the substitution, the withdrawal, and continuation of counsel, in this matter as follows:

1. Michael J. Farrell and his law firm the MB Law Group (collectively, "MB Law Group") appeared in this matter as attorneys for NCS. MB Law Group and NCS have since severed ties.

2. Sean Walsh, Esq., entered his appearance on behalf of NCS, contemporaneously with the filing of this stipulation.

3. NCS has directed Sean Walsh, Esq., to appear as its attorney, in the place of and in the stead of MB Law Group and unequivocally consents to their substitution.

4. As such, since NCS and NCS's previous and current counsel all consent and agree to the substitution of counsel, NCS requests that MB Law Group be terminated from their representation of NCS in the above-captioned matter.

**ACKNOWLEDGED AND AGREED:**

MB LAW GROUP, LLP

By: /s/Michael J. Farrell (with permission)
Michael J. Farrell, WSBA No.18897
117 SW Taylor St., Suite 200
Portland, OR 97204
Telephone: 503-914-2015
Email:   mfarrell@mblglaw.com
*Withdrawing Attorney for Defendant National Credit Systems, Inc.*

OWADA LAW, P.C.

By: /s/ Sean Walsh
   Sean Walsh, WSBA #39735
   OWADA LAW, P.C.
   975 Carpenter Rd NE, Ste 204
   Lacey, WA 98516
   Telephone: 360-483-0700
   Fax: 360-489-1877
   E-mail: sean.walsh@owadalaw.net
   *Remaining Attorney for Defendant*
   *National Credit Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Defendant(s), National Credit Systems Inc, represented by Michael J Farrell, MB Law Group LLP
**Email**           mfarrell@mblglaw.com

Defendant(s), Experian, represented by Stoel Rives (WA), Rachel Groshong
**Email**           rachel.groshong@stoel.com

And by U.S. mail a copy was sent to:

Plaintiff(s), Sean Li Taylor, pro se
**Name**         Sean Li Taylor, pro se
**Address**      1296 Bellevue Way NE, Apt 1
                 Bellevue, WA 98004
**Telephone**    971-708-9761
**Email**

OWADA LAW, P.C.

By: s/ Sean Walsh
   Sean Walsh, WSBA #39735

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

OWADA LAW, P.C.
975 Carpenter Rd NE, Ste 204
Lacey, WA 98516
Telephone: 360-483-0700
Fax: 360-489-1877
E-mail: sean.walsh@owadalaw.net
*Remaining Attorney for Defendant National Credit Systems, Inc.*