UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN LI TAYLOR,<br><br>              Plaintiff,<br><br>   v.<br><br>NATIONAL CREDIT SYSTEMS INC, et al.,<br><br>             Defendants. | CASE NO. C20-366 MJP<br><br>ORDER GRANTING MOTION TO REMAND |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Request for Dismissal and Remand Back to Small Claims (Dkt. No. 6),

2. Defendant National Credit Systems, Inc.'s Response in Opposition to Plaintiff's Motion to Remand (Dkt. No. 10),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is GRANTED; this matter is hereby REMANDED to King County District Court.

ORDER GRANTING MOTION TO REMAND - 1

1    In its Notice of Removal, Defendant National Credit Systems, Inc. ("NCS") cited 28
2  U.S.C. § 1331 as a basis for removal jurisdiction, asserting that it had interpreted Plaintiff's
3  allegation in his state court complaint that NCS had engaged in "fraudulent credit reporting" as
4  an allegation of a violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*
5  ("FDCPA"), thus entitling it to remove on grounds of "federal question" jurisdiction. Dkt. No. 1
6  at 2.
7    Defendant cites no support, in the record or in case law, which would uphold this
8  interpretation. The State of Washington has its own Fair Credit Reporting Act. *See* RCW
9  19.182.005 *et seq.* Plaintiff filed his matter in small claims court in King County. If there is any
10 assumption to be made, it would be that his state court filing indicated an intention to prosecute
11 his matter under state law.
12   In the absence of a meritorious basis upon which to remove this matter to federal court,
13 this Court GRANTS Plaintiff's motion and REMANDS this case back to King County District
14 Court.

16   The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.
17   Dated May 27, 2020.

    Marsha J. Pechman
    United States Senior District Judge

ORDER GRANTING MOTION TO REMAND - 2